# United States Bankruptcy Court
## District of Kansas

In re    Keith Peter Whitehurst
       Heidi Beth Whitehurst

                            Debtor(s)

Case No.                 

Chapter     7

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**

Mark statement that applies to you:

☒     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____
_____
_____
_____

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____
_____

 (Explanation)

**Joint Debtor (if applicable):**

Mark statement that applies to you:

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____
_____

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____
_____

 (Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on   December 30, 2024   (date) by    /s/ Keith Peter Whitehurst
                                            Keith Peter Whitehurst       (debtor)

Executed on   December 30, 2024   (date) by    /s/ Heidi Beth Whitehurst
                                            Heidi Beth Whitehurst       (joint debtor)

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)



PAY SLIP
## *Unified School District #233*
## *Johnson County State of Kansas*

P O Box 2000
Olathe ,KS 66063

PAY DATE: **Feb 28, 2025**
PERIOD: Feb 1, 2025 - Feb 15, 2025

## Whitehurst, Heidi B

**Para Professional**
EMPLOYEE NUMBER: 138010

917 S VIRGINIA LN
**OLATHE, KS 66061**

| Earnings Summary | CURRENT | YTD |
|---|---|---|
| OTL Regular Hours | $ 645.88 | $2,851.09 |
| PAY Contract Pay Accrual | $ 80.73 | $-64.60 |
| OTL Regular Hours Over Schedule | $ 18.45 | $50.74 |
| ABS Snow Day Entitlement Payment | $ 193.77 | $710.49 |
| ABS Paid Time Off Entitlement Payment | $ 0.00 | $184.54 |
| **TOTAL EARNINGS** | **$ 938.83** | **$ 3,732.26** |

| Earnings Rate Break Down | Hours | Rate | Multiple | Retro Period End | Amount |
|---|---|---|---|---|---|
| OTL Regular Hours | 35.00 | 18.45 | 1.0000 | | 645.88 |
| ABS Snow Day Entitlement | 10.50 | 18.45 | 1.0000 | | 193.77 |
| OTL Regular Hours Over Schedule | 1.00 | 18.45 | 1.0000 | | 18.45 |

| Employer-Paid Benefits | CURRENT | YTD |
|---|---|---|
| BEN Medical ER | $582.00 | $2,328.00 |
| **Total Employer-Paid Benefits** | **$582.00** | **$2,328.00** |

| Employer Taxes | CURRENT | YTD |
|---|---|---|
| Social Security Employer Liability | $36.44 | $144.32 |
| Medicare Employer Liability | $8.52 | $33.75 |
| SUI Employer Liability | $0.59 | $2.33 |
| **Total Employer Taxes** | **$45.55** | **$180.40** |

| Pretax Deductions | CURRENT | YTD |
|---|---|---|
| BEN Medical | $303.50 | $1,214.00 |
| PAY KPERS EE | $56.33 | $223.93 |
| BEN Dental | $37.73 | $150.92 |
| BEN Vision | $9.90 | $39.60 |
| **Total Pretax Deductions** | **$407.46** | **$1,628.45** |

| Other Deductions | CURRENT | YTD |
|---|---|---|
| BEN Accident | $7.37 | $29.48 |
| **Total Other Deductions** | **$7.37** | **$29.48** |

| Imputed Earnings | CURRENT | YTD |
|---|---|---|
| **Total Imputed Earnings** | **$0.00** | **$0.00** |

| Tax Deductions | CURRENT | YTD |
|---|---|---|
| Social Security Employee Withheld | $36.44 | $144.32 |
| SIT Withheld (KS) | $22.75 | $89.80 |
| Medicare Employee Withheld | $8.52 | $33.75 |
| **Total Tax Deductions** | **$67.71** | **$267.87** |

| Contract Pay Reserve | |
|---|---|
| Total Reserve | $-2,373.60 |
| **Leave of Absence** | |

## Summary

| | Gross Earnings | Imputed Earnings | Pretax Deductions | Other Deductions | Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **CURRENT** | $ 938.83 | $ 0.00 | $ 407.46 | $ 7.37 | $ 67.71 | $ 456.29 |
| **YTD:** | $ 3,732.26 | $ 0.00 | $ 1,628.45 | $ 29.48 | $ 267.87 | $ 1,806.46 |

## Information

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit | Bank Name | Check#/ Account# | AMOUNT |
| Direct Deposit CHECKING | BANK OF AMERICA | XXXX6871 | $456.29 |

| Federal Filing Status (W4) | |
|---|---|
| Total Dependent Amount | 0 |
| Other Income Amount | 0 |
| Additional Withholding | 0 |
| Marital Status | Married filing jointly or Qualifying widow(er) |

| State Filing Status (K4) | |
|---|---|
| State | KS |
| Exemptions | 0 |
| Additional Withholding | 0 |
| Marital Status | Single |

Report Date: 2/26/2025 * Base Rate : 18.45 HOURLY *



PAY SLIP
# Unified School District #233
# Johnson County State of Kansas

P O Box 2000
Olathe ,KS 66063

PAY DATE: **Feb 14, 2025**
PERIOD: Jan 16, 2025 - Jan 31, 2025

# Whitehurst, Heidi B

**Para Professional**
EMPLOYEE NUMBER: 138010

917 S VIRGINIA LN
**OLATHE, KS 66061**

| Earnings Summary | CURRENT | YTD |
|---|---|---|
| OTL Regular Hours | $ 1,107.22 | $2,205.21 |
| OTL Regular Hours Over Schedule | $ 27.68 | $32.29 |
| PAY Contract Pay Accrual | $ -500.56 | $-145.33 |
| ABS Paid Time Off Entitlement Payment | $ 184.54 | $184.54 |
| ABS Snow Day Entitlement Payment | $ 129.18 | $516.72 |
| **TOTAL EARNINGS** | **$ 948.06** | **$ 2,793.43** |

| Earnings Rate Break Down | Hours | Rate | Multiple | Retro Period End | Amount |
|---|---|---|---|---|---|
| OTL Regular Hours | 60.00 | 18.45 | 1.0000 | | 1,107.22 |
| ABS Paid Time Off Entitlement | 10.00 | 18.45 | 1.0000 | | 184.54 |
| ABS Snow Day Entitlement | 7.00 | 18.45 | 1.0000 | | 129.18 |
| OTL Regular Hours Over Schedule | 1.50 | 18.45 | 1.0000 | | 27.68 |

| Employer-Paid Benefits | CURRENT | YTD |
|---|---|---|
| BEN Medical ER | $582.00 | $1,746.00 |
| **Total Employer-Paid Benefits** | **$582.00** | **$1,746.00** |

| Employer Taxes | CURRENT | YTD |
|---|---|---|
| Social Security Employer Liability | $37.01 | $107.88 |
| Medicare Employer Liability | $8.65 | $25.23 |
| SUI Employer Liability | $0.60 | $1.74 |
| **Total Employer Taxes** | **$46.26** | **$134.85** |

| Pretax Deductions | CURRENT | YTD |
|---|---|---|
| BEN Medical | $303.50 | $910.50 |
| PAY KPERS EE | $56.88 | $167.60 |
| BEN Dental | $37.73 | $113.19 |
| BEN Vision | $9.90 | $29.70 |
| **Total Pretax Deductions** | **$408.01** | **$1,220.99** |

| Other Deductions | CURRENT | YTD |
|---|---|---|
| BEN Accident | $7.37 | $22.11 |
| **Total Other Deductions** | **$7.37** | **$22.11** |

| Imputed Earnings | CURRENT | YTD |
|---|---|---|
| **Total Imputed Earnings** | **$0.00** | **$0.00** |

| Tax Deductions | CURRENT | YTD |
|---|---|---|
| Social Security Employee Withheld | $37.01 | $107.88 |
| SIT Withheld (KS) | $23.23 | $67.05 |
| Medicare Employee Withheld | $8.65 | $25.23 |
| **Total Tax Deductions** | **$68.89** | **$200.16** |

| Contract Pay Reserve | |
|---|---|
| Total Reserve | $-2,454.33 |
| **Leave of Absence** | |

# Summary

| | Gross Earnings | Imputed Earnings | Pretax Deductions | Other Deductions | Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **CURRENT** | $ 948.06 | $ 0.00 | $ 408.01 | $ 7.37 | $ 68.89 | $ 463.79 |
| **YTD:** | $ 2,793.43 | $ 0.00 | $ 1,220.99 | $ 22.11 | $ 200.16 | $ 1,350.17 |

# Information

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit | Bank Name | Check#/Account# | AMOUNT |
| Direct Deposit CHECKING | BANK OF AMERICA | XXXX6871 | $463.79 |

| Federal Filing Status (W4) | |
|---|---|
| Total Dependent Amount | 0 |
| Other Income Amount | 0 |
| Additional Withholding | 0 |
| Marital Status | Married filing jointly or Qualifying widow(er) |

| State Filing Status (K4) | |
|---|---|
| State | KS |
| Exemptions | 0 |
| Additional Withholding | 0 |
| Marital Status | Single |

Report Date: 2/12/2025 * Base Rate : 18.45 HOURLY *



PAY SLIP
# *Unified School District #233*
# *Johnson County State of Kansas*

P O Box 2000
Olathe ,KS 66063

PAY DATE: **Jan 30, 2025**
PERIOD: Jan 1, 2025 - Jan 15, 2025

# **Whitehurst, Heidi B**

**Para Professional**
EMPLOYEE NUMBER: 138010

917 S VIRGINIA LN
**OLATHE, KS 66061**

| Earnings Summary | CURRENT | YTD |
|---|---|---|
| OTL Regular Hours | $ 516.70 | $1,097.99 |
| PAY Contract Pay Accrual | $ 16.14 | $355.23 |
| OTL Regular Hours Over Schedule | $ 0.00 | $4.61 |
| ABS Snow Day Entitlement Payment | $ 387.54 | $387.54 |
| **TOTAL EARNINGS** | **$ 920.38** | **$ 1,845.37** |

| Earnings Rate Break Down | Hours | Rate | Multiple | Retro Period End | Amount |
|---|---|---|---|---|---|
| OTL Regular Hours | 28.00 | 18.45 | 1.0000 | | 516.70 |
| ABS Snow Day Entitlement | 21.00 | 18.45 | 1.0000 | | 387.54 |

| Employer-Paid Benefits | CURRENT | YTD |
|---|---|---|
| BEN Medical ER | $582.00 | $1,164.00 |
| **Total Employer-Paid Benefits** | **$582.00** | **$1,164.00** |

| Employer Taxes | CURRENT | YTD |
|---|---|---|
| Social Security Employer Liability | $35.29 | $70.87 |
| Medicare Employer Liability | $8.26 | $16.58 |
| SUI Employer Liability | $0.57 | $1.14 |
| **Total Employer Taxes** | **$44.12** | **$88.59** |

| Pretax Deductions | CURRENT | YTD |
|---|---|---|
| BEN Medical | $303.50 | $607.00 |
| PAY KPERS EE | $55.22 | $110.72 |
| BEN Dental | $37.73 | $75.46 |
| BEN Vision | $9.90 | $19.80 |
| **Total Pretax Deductions** | **$406.35** | **$812.98** |

| Other Deductions | CURRENT | YTD |
|---|---|---|
| BEN Accident | $7.37 | $14.74 |
| **Total Other Deductions** | **$7.37** | **$14.74** |

| Imputed Earnings | CURRENT | YTD |
|---|---|---|
| **Total Imputed Earnings** | **$0.00** | **$0.00** |

| Tax Deductions | CURRENT | YTD |
|---|---|---|
| Social Security Employee Withheld | $35.29 | $70.87 |
| SIT Withheld (KS) | $21.79 | $43.82 |
| Medicare Employee Withheld | $8.26 | $16.58 |
| **Total Tax Deductions** | **$65.34** | **$131.27** |

| Contract Pay Reserve | |
|---|---|
| Total Reserve | $-1,953.77 |
| **Leave of Absence** | |

# Summary

| | Gross Earnings | Imputed Earnings | Pretax Deductions | Other Deductions | Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **CURRENT** | $ 920.38 | $ 0.00 | $ 406.35 | $ 7.37 | $ 65.34 | $ 441.32 |
| **YTD:** | $ 1,845.37 | $ 0.00 | $ 812.98 | $ 14.74 | $ 131.27 | $ 886.38 |

# Information

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit | Bank Name | Check#/Account# | AMOUNT |
| Direct Deposit CHECKING | BANK OF AMERICA | XXXX6871 | $441.32 |

| Federal Filing Status (W4) | |
|---|---|
| Total Dependent Amount | 0 |
| Other Income Amount | 0 |
| Additional Withholding | 0 |
| Marital Status | Married filing jointly or Qualifying widow(er) |

| State Filing Status (K4) | |
|---|---|
| State | KS |
| Exemptions | 0 |
| Additional Withholding | 0 |
| Marital Status | Single |

Report Date: 1/28/2025 * Base Rate : 18.45 HOURLY *



PAY SLIP
# *Unified School District #233*
# *Johnson County State of Kansas*

P O Box 2000
Olathe ,KS 66063

PAY DATE: **Jan 15, 2025**
PERIOD: Dec 16, 2024 - Dec 31, 2024

# **Whitehurst, Heidi B**

**Para Professional**
EMPLOYEE NUMBER: 138010

917 S VIRGINIA LN
**OLATHE, KS 66061**

| Earnings Summary | CURRENT | YTD |
|---|---|---|
| OTL Regular Hours | $ 581.29 | $581.29 |
| PAY Contract Pay Accrual | $ 339.09 | $339.09 |
| OTL Regular Hours Over Schedule | $ 4.61 | $4.61 |
| **TOTAL EARNINGS** | **$ 924.99** | **$ 924.99** |

| Earnings Rate Break Down | Hours | Rate | Multiple | Retro Period End | Amount |
|---|---|---|---|---|---|
| OTL Regular Hours | 31.50 | 18.45 | 1.0000 | | 581.29 |
| OTL Regular Hours Over Schedule | 0.25 | 18.45 | 1.0000 | | 4.61 |

| Employer-Paid Benefits | CURRENT | YTD |
|---|---|---|
| BEN Medical ER | $582.00 | $582.00 |
| **Total Employer-Paid Benefits** | **$582.00** | **$582.00** |

| Employer Taxes | CURRENT | YTD |
|---|---|---|
| Social Security Employer Liability | $35.58 | $35.58 |
| Medicare Employer Liability | $8.32 | $8.32 |
| SUI Employer Liability | $0.57 | $0.57 |
| **Total Employer Taxes** | **$44.47** | **$44.47** |

| Pretax Deductions | CURRENT | YTD |
|---|---|---|
| BEN Medical | $303.50 | $303.50 |
| PAY KPERS EE | $55.50 | $55.50 |
| BEN Dental | $37.73 | $37.73 |
| BEN Vision | $9.90 | $9.90 |
| **Total Pretax Deductions** | **$406.63** | **$406.63** |

| Other Deductions | CURRENT | YTD |
|---|---|---|
| BEN Accident | $7.37 | $7.37 |
| **Total Other Deductions** | **$7.37** | **$7.37** |

| Imputed Earnings | CURRENT | YTD |
|---|---|---|
| **Total Imputed Earnings** | **$0.00** | **$0.00** |

| Tax Deductions | CURRENT | YTD |
|---|---|---|
| Social Security Employee Withheld | $35.58 | $35.58 |
| SIT Withheld (KS) | $22.03 | $22.03 |
| Medicare Employee Withheld | $8.32 | $8.32 |
| **Total Tax Deductions** | **$65.93** | **$65.93** |

| Contract Pay Reserve | |
|---|---|
| Total Reserve | $-1,969.91 |
| **Leave of Absence** | |

# Summary

| | Gross Earnings | Imputed Earnings | Pretax Deductions | Other Deductions | Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **CURRENT** | $ 924.99 | $ 0.00 | $ 406.63 | $ 7.37 | $ 65.93 | $ 445.06 |
| **YTD:** | $ 924.99 | $ 0.00 | $ 406.63 | $ 7.37 | $ 65.93 | $ 445.06 |

# Information

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit | Bank Name | Check#/Account# | AMOUNT |
| Direct Deposit CHECKING | BANK OF AMERICA | XXXX6871 | $445.06 |

| Federal Filing Status (W4) | |
|---|---|
| Total Dependent Amount | 0 |
| Other Income Amount | 0 |
| Additional Withholding | 0 |
| Marital Status | Married filing jointly or Qualifying widow(er) |

| State Filing Status (K4) | |
|---|---|
| State | KS |
| Exemptions | 0 |
| Additional Withholding | 0 |
| Marital Status | Single |

Report Date: 1/13/2025 * Base Rate : 18.45 HOURLY *

**BROWN BAG LIQUOR LLC**
1078 W SANTA FE ST
STE B
OLATHE KS 66061

**HEIDI WHITEHURST**
DEPARTMENT: 10
DD RECEIPT:   1032226692
EMPLOYEE ID:  316



FEIN: 20-5359083
Pay Period   12/23/2024  -  01/05/2025
Pay Date     01/08/2025

**FITWH**   **Filing Status: M**
**KS**      **Filing Status: M  Exemptions: 0**

## Earnings

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly[1] | 17.00 | 45.20 | 768.40 | 45.20 | 768.40 |
| **Total** | | 45.20 | **$768.40** | 45.20 | **$768.40** |
| **Total Hours Worked** | | | | | |

## Allocations

| Allocations | Rate | Hours |
|---|---|---|
| 1 - Payroll | 17.00 | 45.20 |

## Taxes

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 19.15 | 19.15 |
| MED | 11.14 | 11.14 |
| SOC | 47.64 | 47.64 |
| KS | 23.48 | 23.48 |
| **Total** | **$101.41** | **$101.41** |

**Net Pay**      **XXXXXX2329**                $666.99

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**BROWN BAG LIQUOR LLC**
1078 W SANTA FE ST
STE B
OLATHE KS 66061

Direct Deposit #  1032226692

Date        01/08/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T ** | VOID ** VOID ** |
|---|---|

10    DD

DIRECT DEPOSIT $666.99
TO ACCOUNT #   XXXXXX2329
BANK #         XXXXXX1508

Pay to the
Order of

**HEIDI WHITEHURST**
917 S VIRGINIA LN
OLATHE KS 66061

**N O N - N E G O T I A B L E**