Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Keith Peter Whitehurst**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–0695<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Heidi Beth Whitehurst**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–3083<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of Kansas | | Date case filed for chapter:       7      3/18/25 |
| Case number / Presiding Judge:   **25–20315 / Robert D. Berger** | | Date Notice Issued:  **3/19/25** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    05/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| **1.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 25, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For important document **requirements** and additional meeting information go to https://www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 527 603 6887, and Passcode 9210594676, OR call 1–785–235–4253** |

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| **2.** | **Debtor's full name** | Keith Peter Whitehurst | | Heidi Beth Whitehurst |
| **3.** | **All other names used in the last 8 years** | | | |
| **4.** | **Address** | 917 S. Virginia Lane<br>Olathe, KS 66061 | | 917 S. Virginia Lane<br>Olathe, KS 66061 |

**For more information, see page 2 >**

Case 25-20315    Doc# 7    Filed 03/19/25    Page 1 of 2

| | | |
|---|---|---|
| **5.** **Debtor's Attorney** Name and address | Sarah A. Sypher Law Office of Sarah Sypher LLC 7300 W. 110th Street Suite 700 Overland Park, KS 66210 | Contact phone 913–451–8833 |

| | | |
|---|---|---|
| **6.** **Bankruptcy trustee** Name and address | Darcy D Williamson TR Williamson Law Office 1109 SW Westside Drive Topeka, KS 66615 | Contact phone 785–233–9908 |

| | | |
|---|---|---|
| **7.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours:  9:00 AM – 4:00 PM Monday – Friday Contact phone (913) 735–2110 |

| | |
|---|---|
| **8.** **Presumption of abuse** | The presumption of abuse does not arise. If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |

| | | |
|---|---|---|
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/24/25** |
| | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |

| | |
|---|---|
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12. Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. |

| | |
|---|---|
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Form ntcfinmgt (Revised 12/01/2024)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 25–20315                                    Chapter: 7

In re: (Name of Debtor)

Keith Peter Whitehurst                                   Heidi Beth Whitehurst
917 S. Virginia Lane                                     917 S. Virginia Lane
Olathe, KS 66061                                         Olathe, KS 66061

| | | |
|---|---|---|
| **Entered By The Court** **3/19/25** | **NOTICE OF REQUIREMENT TO FILE A** **CERTIFICATE OF COURSE COMPLETION** **CONCERNING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** **3/19/25** **David D. Zimmerman** **Clerk of Court** **US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certificate of Course Completion Concerning Personal Financial Management as described in 11 U.S.C. 111.

Debtor(s) is hereby notified that the Certificate of Course Completion must be filed before a discharge can be entered. Debtor(s) is hereby notified that the debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the Certificate will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Certificate of Course Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 7                                               s/  David D. Zimmerman
                                                         Clerk, United States Bankruptcy Court

Case 25-20315   Doc# 7-1   Filed 03/19/25   Page 1 of 1