| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Keith Peter Whitehurst** <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–0695 <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2: **Heidi Beth Whitehurst** <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–3083 <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  District of Kansas | Date case filed for chapter:  7  3/18/25 | |
| Case number / Presiding Judge:  **25–20315 / Robert D. Berger** | Date Notice Issued:  **3/19/25** | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    05/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 25, 2025 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> For important document **requirements** and additional meeting information go to <br> https://www.justice.gov/ust/moc | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 527 603 6887, and Passcode 9210594676, OR call 1–785–235–4253** |
|---|---|---|---|
| | | **About Debtor 1:** | **About Debtor 2:** |
| 2. | **Debtor's full name** | Keith Peter Whitehurst | Heidi Beth Whitehurst |
| 3. | **All other names used in the last 8 years** | | |
| 4. | **Address** | 917 S. Virginia Lane <br> Olathe, KS 66061 | 917 S. Virginia Lane <br> Olathe, KS 66061 |

**For more information, see page 2 >**

Case 25-20315   Doc# 8   Filed 03/21/25   Page 1 of 5

| | | |
|---|---|---|
| **5.** **Debtor's Attorney** Name and address | Sarah A. Sypher Law Office of Sarah Sypher LLC 7300 W. 110th Street Suite 700 Overland Park, KS 66210 | Contact phone 913–451–8833 |
| **6.** **Bankruptcy trustee** Name and address | Darcy D Williamson TR Williamson Law Office 1109 SW Westside Drive Topeka, KS 66615 | Contact phone 785–233–9908 |
| **7.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM Monday – Friday Contact phone (913) 735–2110 |
| **8.** **Presumption of abuse** | The presumption of abuse does not arise. If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/24/25** |
| | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |

| | |
|---|---|
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **12. Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

In re:

Keith Peter Whitehurst

Heidi Beth Whitehurst

    Debtors

Case No. 25-20315-RDB

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 309A | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 10105455 | + Office Of The US Attorney, Robert J. Dole U.S. Courthouse, Ste. 360, 500 State Avenue, Kansas City, KS 66101-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: kwhitehurstks@gmail.com | Mar 19 2025 20:35:00 | Keith Peter Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| jdb | + Email/PDF: heidi.whitehurst@gmail.com | Mar 19 2025 20:35:00 | Heidi Beth Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| aty | Email/Text: ecf@sypherlaw.com | Mar 19 2025 20:35:00 | Sarah A. Sypher, Law Office of Sarah Sypher LLC, 7300 W. 110th Street, Suite 700, Overland Park, KS 66210 |
| tr | + EDI: BDDWILLAMSON | Mar 20 2025 00:30:00 | Darcy D Williamson TR, Williamson Law Office, 1109 SW Westside Drive, Topeka, KS 66615-1239 |
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | Mar 19 2025 20:35:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 10105442 | Email/Text: bky@americanprofit.net | Mar 19 2025 20:35:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd, Ste 333, Farmington, MI 48331-3288 |
| 10105443 | EDI: BANKAMER | Mar 20 2025 00:30:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 10105444 | ^ MEBN | Mar 19 2025 20:29:34 | Blitt & Gaines, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 10105445 | EDI: CAPITALONE.COM | Mar 20 2025 00:30:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10105446 | EDI: DISCOVER | Mar 20 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 10105447 | Email/Text: BNSFS@capitalsvcs.com | Mar 19 2025 20:35:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 10105448 | EDI: IRS.COM | Mar 20 2025 00:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10105449 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Mar 19 2025 20:36:00 | Kansas Department Of Revenue, Civil Tax Enforcement/BK Unit, PO Box 12005, Topeka, KS 66601-2005 |
| 10105452 | Email/Text: ahull@midwestfidelity.com | Mar 19 2025 20:35:00 | Midwest Fidelity Services, LLC, 103 S. Main St., |

| | | | |
|---|---|---|---|
| | | | Ottawa, KS 66067 |
| 10105453 | Email/Text: EBN@Mohela.com | Mar 19 2025 20:35:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 10105450 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2025 20:43:10 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 10105451 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 20:35:00 | Midland Credit Management, Inc., Dept. 12421, PO Box 603, Oaks, PA 19456-0603 |
| 10105454 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 19 2025 20:35:00 | Nelnet, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 10105456 | EDI: PRA.COM | Mar 20 2025 00:30:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 10105457 | + Email/Text: bankruptcy@sw-credit.com | Mar 19 2025 20:35:00 | Southwest Credit Systems, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 10105458 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 19 2025 20:35:00 | US Dept. of Education, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 10105459 | Email/Text: bankruptcyreports@wakeassoc.com | Mar 19 2025 20:36:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr, Ste 450, Aurora, CO 80014-2697 |
| 10105460 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 20:44:05 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 10105461 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 19 2025 20:43:41 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net  ks07@ecfcbis.com |
| Sarah A. Sypher | on behalf of Debtor Keith Peter Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| Sarah A. Sypher | |

Case 25-20315   Doc# 8   Filed 03/21/25   Page 4 of 5

on behalf of Joint Debtor Heidi Beth Whitehurst ecf@sypherlaw.com sypher.sarahr97586@notify.bestcase.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 4