**Form ntcfinmgt** (Revised 12/01/2024)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20315                                    Chapter:  7

In re: (Name of Debtor)

Keith Peter Whitehurst                              Heidi Beth Whitehurst
917 S. Virginia Lane                                  917 S. Virginia Lane
Olathe, KS 66061                                     Olathe, KS 66061

| **Entered By The Court**<br>**3/19/25** | **NOTICE OF REQUIREMENT TO FILE A**<br>**CERTIFICATE OF COURSE COMPLETION**<br>**CONCERNING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court**<br>**3/19/25**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certificate of Course Completion Concerning Personal Financial Management as described in 11 U.S.C. 111.

Debtor(s) is hereby notified that the Certificate of Course Completion must be filed before a discharge can be entered. Debtor(s) is hereby notified that the debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the Certificate will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Certificate of Course Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 7

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                    Case No. 25-20315-RDB

Keith Peter Whitehurst                                                    Chapter 7

Heidi Beth Whitehurst

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: ksnfinmg | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: kwhitehurstks@gmail.com | Mar 19 2025 20:35:00 | Keith Peter Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| jdb | + Email/PDF: heidi.whitehurst@gmail.com | Mar 19 2025 20:35:00 | Heidi Beth Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net  ks07@ecfcbis.com |
| Sarah A. Sypher | on behalf of Debtor Keith Peter Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| Sarah A. Sypher | on behalf of Joint Debtor Heidi Beth Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |

District/off: 1083-2
Date Rcvd: Mar 19, 2025

User: admin
Form ID: ksnfinmg

Page 2 of 2
Total Noticed: 2

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 4