Certificate Number: 17082-KS-DE-039579261

Bankruptcy Case Number: 25-20315



17082-KS-DE-039579261

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2025, at 8:47 o'clock PM MST, KEITH P WHITEHURST completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date: April 21, 2025          By:     /s/Orsolya K Lazar

                              Name:  Orsolya K Lazar

                              Title:  Executive Director