| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Keith Peter Whitehurst** | Social Security number or ITIN   xxx–xx–0695 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Heidi Beth Whitehurst** | Social Security number or ITIN   xxx–xx–3083 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| | | Date Notice Issued:  **6/26/25** |
| United States Bankruptcy Court    District of Kansas | | |
| Case number / Judge:   **25–20315  / Robert D. Berger** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keith Peter Whitehurst

Heidi Beth Whitehurst

<u>6/26/25</u>

**By the court:** <u>Robert D. Berger</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 25-20315   Doc# 14   Filed 06/26/25   Page 1 of 2

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 25-20315   Doc# 14   Filed 06/26/25   Page 2 of 2

**Form fnldec**  (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20315                                   Chapter:  7

In re:

Keith Peter Whitehurst                                   Heidi Beth Whitehurst
917 S. Virginia Lane                                     917 S. Virginia Lane
Olathe, KS 66061                                         Olathe, KS 66061

SSN: xxx–xx–0695                                         SSN: xxx–xx–3083

| **Filed And Entered By The Court** |
| --- |
| **6/26/25** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Darcy D Williamson TR is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 14 – 5                                          s/ Robert D. Berger
                                                         United States Bankruptcy Judge