Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Keith Peter Whitehurst | Social Security number or ITIN | xxx–xx–0695 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Heidi Beth Whitehurst | Social Security number or ITIN | xxx–xx–3083 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| | | Date Notice Issued: **6/26/25** | |

United States Bankruptcy Court   District of Kansas

Case number / Judge:   **25–20315  / Robert D. Berger**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keith Peter Whitehurst                    Heidi Beth Whitehurst

<u>6/26/25</u>

**By the court:** <u>Robert D. Berger</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 · **Order of Discharge** · page 2

United States Bankruptcy Court

District of Kansas

In re:
Keith Peter Whitehurst
Heidi Beth Whitehurst
    Debtors

Case No. 25-20315-RDB

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1083-2      User: admin      Page 1 of 2

Date Rcvd: Jun 26, 2025      Form ID: 318      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| 10105455 | + Office Of The US Attorney, Robert J. Dole U.S. Courthouse, Ste. 360, 500 State Avenue, Kansas City, KS 66101-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: kwhitehurstks@gmail.com | Jun 26 2025 20:33:00 | Keith Peter Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| jdb | + | Email/PDF: heidi.whitehurst@gmail.com | Jun 26 2025 20:33:00 | Heidi Beth Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| 10105442 | | Email/Text: bky@americanprofit.net | Jun 26 2025 20:34:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd, Ste 333, Farmington, MI 48331-3288 |
| 10105443 | | EDI: BANKAMER | Jun 27 2025 00:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 10105444 | ^ | MEBN | Jun 26 2025 20:29:36 | Blitt & Gaines, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 10105445 | | EDI: CAPITALONE.COM | Jun 27 2025 00:22:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10105446 | | EDI: DISCOVER | Jun 27 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 10105447 | | Email/Text: BNSFS@capitalsvcs.com | Jun 26 2025 20:34:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 10105448 | | EDI: IRS.COM | Jun 27 2025 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10105449 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Jun 26 2025 20:35:00 | Kansas Department Of Revenue, Civil Tax Enforcement/BK Unit, PO Box 12005, Topeka, KS 66601-2005 |
| 10105452 | | Email/Text: ahull@midwestfidelity.com | Jun 26 2025 20:34:00 | Midwest Fidelity Services, LLC, 103 S. Main St., Ottawa, KS 66067 |
| 10105453 | | Email/Text: EBN@Mohela.com | Jun 26 2025 20:34:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 10105450 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2025 20:46:34 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 10105451 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 20:34:00 | Midland Credit Management, Inc., Dept. 12421, PO Box 603, Oaks, PA 19456-0603 |
| 10105454 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2025 20:34:00 | Nelnet, P.O. Box 82505, Lincoln, NE 68501-2505 |

| | | | |
|---|---|---|---|
| 10105456 | EDI: PRA.COM | Jun 27 2025 00:22:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 10105457 | + Email/Text: bankruptcy@sw-credit.com | Jun 26 2025 20:34:00 | Southwest Credit Systems, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 10105458 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2025 20:34:00 | US Dept. of Education, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 10105459 | Email/Text: bankruptcyreports@wakeassoc.com | Jun 26 2025 20:34:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr, Ste 450, Aurora, CO 80014-2697 |
| 10105460 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 21:00:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 10105461 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 21:01:05 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net  ks07@ecfcbis.com |
| Sarah A. Sypher | on behalf of Debtor Keith Peter Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| Sarah A. Sypher | on behalf of Joint Debtor Heidi Beth Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 4