Form fnldec  (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20315                           Chapter:  7

In re:

Keith Peter Whitehurst                           Heidi Beth Whitehurst
917 S. Virginia Lane                             917 S. Virginia Lane
Olathe, KS 66061                                 Olathe, KS 66061

SSN: xxx–xx–0695                                 SSN: xxx–xx–3083

| Filed And Entered By The Court |
| :---: |
| **6/26/25** |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Darcy D Williamson TR is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 14 – 5                                  s/ Robert D. Berger
                                                 United States Bankruptcy Judge

In re:                                                                    Case No. 25-20315-RDB

Keith Peter Whitehurst                                                    Chapter 7

Heidi Beth Whitehurst

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: fnldecre | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 10105455 | + Office Of The US Attorney, Robert J. Dole U.S. Courthouse, Ste. 360, 500 State Avenue, Kansas City, KS 66101-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: kwhitehurstks@gmail.com | Jun 26 2025 20:33:00 | Keith Peter Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| jdb | + Email/PDF: heidi.whitehurst@gmail.com | Jun 26 2025 20:33:00 | Heidi Beth Whitehurst, 917 S. Virginia Lane, Olathe, KS 66061-4144 |
| 10105442 | Email/Text: bky@americanprofit.net | Jun 26 2025 20:34:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd, Ste 333, Farmington, MI 48331-3288 |
| 10105443 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 26 2025 20:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 10105444 | ^ MEBN | Jun 26 2025 20:29:36 | Blitt & Gaines, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 10105445 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 20:45:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10105446 | Email/Text: mrdiscen@discover.com | Jun 26 2025 20:34:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 10105447 | Email/Text: BNSFS@capitalsvcs.com | Jun 26 2025 20:34:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 10105448 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2025 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10105449 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Jun 26 2025 20:35:00 | Kansas Department Of Revenue, Civil Tax Enforcement/BK Unit, PO Box 12005, Topeka, KS 66601-2005 |
| 10105452 | Email/Text: ahull@midwestfidelity.com | Jun 26 2025 20:34:00 | Midwest Fidelity Services, LLC, 103 S. Main St., Ottawa, KS 66067 |
| 10105453 | Email/Text: EBN@Mohela.com | Jun 26 2025 20:34:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 10105450 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2025 20:45:38 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 10105451 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 20:34:00 | Midland Credit Management, Inc., Dept. 12421, PO Box 603, Oaks, PA 19456-0603 |
| 10105454 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2025 20:34:00 | Nelnet, P.O. Box 82505, Lincoln, NE 68501-2505 |

| 10105456 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | Jun 26 2025 20:58:18 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 10105457 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Jun 26 2025 20:34:00 | Southwest Credit Systems, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |
| 10105458 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 26 2025 20:34:00 | US Dept. of Education, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 10105459 | Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | Jun 26 2025 20:34:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr, Ste 450, Aurora, CO 80014-2697 |
| 10105460 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jun 26 2025 20:59:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 10105461 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jun 26 2025 20:58:38 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net  ks07@ecfcbis.com |
| Sarah A. Sypher | on behalf of Debtor Keith Peter Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| Sarah A. Sypher | on behalf of Joint Debtor Heidi Beth Whitehurst ecf@sypherlaw.com  sypher.sarahr97586@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 4